UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Leron Jason McCullen**                                   **Docket No. 5:20-CR-391-1BO**

### Petition for Action on Supervised Release

COMES NOW Michael Torres, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Leron Jason McCullen, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 280 Grams or More of Cocaine Base (Crack) and 500 Grams or More of Cocaine, in violation of 21 U.S.C. § 846 and §§ 841(a)(1) and 841(b)(1)(A); Distribution of a Quantity of a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and Possession of a Firearm by a Felon, in violation of 18 U.S.C. 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on May 27, 2021, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. Leron Jason McCullen was released from custody on February 26, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Due to the defendant's history of substance abuse issues, this officer is respectfully requesting that substance abuse treatment be added to the defendant's special conditions. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.


/s/ Dewayne L. Smith                            /s/ Michael Torres
Dewayne L. Smith                                Michael Torres
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                310 New Bern Avenue, Room 610
                                                Raleigh, NC 27601-1441
                                                Phone: 910-929-0768
                                                Executed On: March 13, 2024

Leron Jason McCullen
Docket No. 5:20-CR-391-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___13___ day of ___March___, 2024, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
United States District Judge