UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Leron Jason McCullen**             **Docket No. 5:20-CR-391-1BO**

### Petition for Action on Supervised Release

COMES NOW Michael Torres, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Leron Jason McCullen, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 280 Grams or More of Cocaine Base (Crack) and 500 Grams or More of Cocaine, in violation of 21 U.S.C. § 846 and §§ 841(a)(1) and 841(b)(1)(A); Distribution of a Quantity of a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and Possession of a Firearm by a Felon, in violation of 18 U.S.C. 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on May 27, 2021, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. Leron Jason McCullen was released from custody on February 26, 2024, at which time the term of supervised release commenced.

On March 13, 2024, a Petition for Action was filed with the Court requesting the defendant's conditions be amended to add substance abuse treatment and drug screening due to the defendant's history of substance abuse issues. The court granted the request for modification of conditions and continued the defendant on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On August 5, 2024, the defendant committed the offense of Driving While Impaired (24CR0004534), in Clayton, North Carolina. According to Officer B.D. Butiner, the defendant crashed his car into a parked car. Upon making contact with the defendant, Officer Butiner, administered field sobriety tests. The defendant failed his field sobriety tests and provided a Breathalyzer alcohol screen that measured a blood alcohol level of .16.

As a result of the defendant's behavior, this officer instructed him to engage in substance abuse treatment and random drug screening. To ensure the defendant's sobriety, this officer is recommending he complete 90 days of alcohol monitoring and abstain from the use of alcohol. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. Based on the defendant's financial status, it is respectfully recommended that the government pay for the alcohol monitoring services.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 90 consecutive days.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

Except as herein modified, the judgment shall remain in full force and effect.

Leron Jason McCullen
Docket No. 5:20-CR-391-1BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
Supervising U.S. Probation Officer

/s/ Michael Torres
Michael Torres
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-929-0768
Executed On: August 14, 2024

### ORDER OF THE COURT

Considered and ordered this 14 day of August, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge